DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROGELIO MANUEL MOLINA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-10-462-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: January 4, 2011 |
| ROGELIO MANUEL MOLINA- ) | TIME: 10:00 a.m. |
| MENDOZA ) | JUDGE: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendant. ) | |
| ) | |

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, ROGELIO MANUEL MOLINA-MENDOZA, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, December 13, 2010, be continued to Tuesday, January 4, 2011, at 10:00 a.m..
   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
   Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference set for January 4, 2011
2  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
3  (Local Code T4).

5  DATED: December 7, 2010          Respectfully submitted,

6                                   DANIEL J. BRODERICK
                                    Federal Defender

8                                   /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
9                                   Attorney for Defendant
                                    ROGELIO MANUEL MOLINA-MENDOZA

12 DATED: December 7, 2010          BENJAMIN B. WAGNER
                                    United States Attorney

13                                  /s/ Benjamin Galloway for
                                    MICHELE BECKWITH
14                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff

### **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 4, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: December 7, 2010

                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE